NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7018

KENNETH M. CARPENTER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 01-1882, Judge William A. Moorman.

Before MAYER, Circuit Judge.

ORDER

Upon consideration of the Secretary of Veterans Affairs' unopposed motion for a 21-day extension of time, until July 22, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK

cc:  Zachary M. Stolz, Esq.
     Jane W. Vanneman, Esq.

s19